JOHN M. NEWMAN
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
101 E Front Street, Suite 401
Missoula, MT 59802
Phone: (406) 829-3336
Email: john.newman@usdoj.gov

Attorney for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DAKOTA WHEELER,<br><br>                    Plaintiff,<br>vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>                    Defendant. | CV 25-103-GF-BMM<br><br><br>DEFENDANT'S MOTION TO DISMISS |

1

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), Defendant U.S. Immigration and Customs Enforcement moves to dismiss Plaintiff's Complaint for lack of subject matter jurisdiction and failure to state a claim.   A supporting brief accompanies this motion.

DATED this 24th day of November, 2025.

>                KURT G. ALME
>                United States Attorney
>
>
>                /s/ John M. Newman
>                Assistant U.S. Attorney
>                Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on the 24th day of November, 2025, a copy of the foregoing document was served on the following person by the following means.

|  |  |
|---|---|
| _____ | CM/ECF |
| _____ | Hand Delivery |
|   2   | U.S. Mail |
| _____ | USAfx |
| _____ | E-Mail |

1. Clerk of Court

2. Cascade County Detention Center
ATTN: Dakota Wheeler
3800 N Ulm Frontage Rd
Great Falls, MT 59403
*Pro se Plaintiff*

        /s/ John M. Newman
        Assistant U.S. Attorney
        Attorney for Defendant